## KREITNER V. KREITNER.

*Partition.*

(Decided Nov. 14, 1907.)

APPEAL from Cullman Probate Court.

Heard before Hon. R. I. BURKE.

F. E. ST. JOHN, for appellant.

A. A. GRIFFITH, for appellee.

Per curiam.—Appeal dismissed.

---

## McCLELLAN V. PULLMAN CAR COMPANY.

*Damages.* .

(Decided Nov. 12, 1907.)

APPEAL from Limestone Circuit Court.

Heard before Hon. D. W. SPEAKE.

THOMAS C. McCLELLAN, for appellant.

E. K. CAMPBELL, and W. K. SANDERS, for appellee.

DENSON, J.—Appeal dismissed.

TYSON, C. J., HARALSON and SIMPSON, JJ., concur.

---

## McCONNELL V. AMERICAN MORTGAGE CO. OF SCOTLAND, LIMITED.

*Injunction.*

(Decided Nov. 28, 1907.)

APPEAL from Blount Chancery Court.

Heard before Hon. ALFRED H. BENNERS.

THOMAS B. RUSSELL, for appellant.

WARD & WEAVER, for appellee.

Per Curiam.—Affirmed for want of prosecution.